### DeNOYA et al. v. ARRINGTON, Ex'r, et al.

No. 21157. Opinion Filed Dec. 13, 1932.

Petition and Supplemental Petition for Rehearing Denied April 4, 1933.

Holcombe, Lohman & Barney and R. A. Barney, for plaintiffs in error.

Gray & Palmer and Wilson & Duncan, for defendants in error.

Louis N. Stivers, Osage Tribal Atty., amicus curiae.

T. J. Leahy, C. S. Macdonald, and F. W. Files, amici curiae for numerous members of the Osage Tribe of Indians.

McNEILL, J. This case is controlled by case No. 21240 this day decided, 163 Okla. 44, 20 P. (2d) 563. This cause is reversed and remanded, with directions to enter such judgment as may not be inconsistent with the views set forth in said cause No. 21240.

Judgment reversed.

CLARK, V. C. J., and HEFNER, CULLI-

SON, and SWINDALL, JJ., concur. LESTER, C. J., and ANDREWS and KORNEGAY, JJ., dissent. RILEY, J., absent.